IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN RUNDLE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. CV S-08-1879 GEB DAD DP<br><br>**DEATH PENALTY CASE**<br>NO EXECUTION DATE SET<br><br>ORDER STAYING EXECUTION, GRANTING *IN FORMA PAUPERIS* MOTION, AND APPOINTING COUNSEL |

Petitioner is a state prisoner proceeding *pro se*. He has filed applications for a stay of execution pursuant to Local Rule 81-191(h)(3), for leave to proceed *in forma pauperis*, and for appointment of counsel.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's request to proceed *in forma pauperis* granted;

2. Petitioner's application for appointment of counsel is granted. The matter is referred to the Federal Defender and the Eastern District Selection Board for either notification that the Federal Defender, Capital Habeas Unit, is available for appointment, or for the recommendation by the Selection Board of other counsel;

///

///

3. Petitioner's request for stay of execution is denied at this time without prejudice as unnecessary in light of the fact that no execution date has been set.

DATED: August 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/rundle1879.ord