IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN RUNDLE, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT L. AYERS, JR., Warden of ) <br> California State Prison at ) <br> San Quentin, ) <br> ) <br>     Respondent. ) <br> _____) | Case No. CV-S-08-01879-GEB-DAD DP <br><br> **DEATH PENALTY CASE** <br><br> ORDER APPOINTING COUNSEL |

The Selection Board has recommended the appointment of Lynne S. Coffin and Marcia A. Morrissey as co-counsel to represent petitioner in this habeas corpus proceeding.

Good cause appearing, IT IS HEREBY ORDERED that Lynne S. Coffin, 38 Miller Ave # 328, Mill Valley, CA 94941, (415) 388-2432, and Marcia A. Morrissey, 2115 Main Street, Santa Monica, CA 90405, (310) 399-3259, shall represent petitioner pursuant to 18 U.S.C. § 3599. See Local Rule 81-191(d).

The Clerk of the Court is directed to serve copies of this order on Ms. Coffin; on Ms. Morrissey; on Robert L. Ayers, Warden of San Quentin State Prison, Tamal, California; on the Attorney General of the State of California; on, Kurt Heiser, CJA

/////

1

Administrator, Office of the Federal Defender; and on Sandy Andrews, Research and Policy Analyst, Office of the Circuit Executive.

DATED: November 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.capital/rundle1879.apptcnsl