LYNNE S. COFFIN (SBN 121389)
Coffin Law Group
1030 W. Edgeware Rd.
Los Angeles, CA 90026
Tel: (415) 218-8106
Fax: (866) 334-5441
Email: lsc@coffinlawgroup.com

MARCIA A. MORRISSEY (SBN 66921)
2115 Main Street
Santa Monica, CA 90405
Tel: (310) 399-3259
Fax: (310) 399-1173
Email: morrisseyma@aol.com

Attorneys for Petitioner
DAVID RUNDLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUNDLE,<br><br>    Petitioner;<br><br>vs.<br><br>ROBERT WONG, Warden San Quentin Prison,<br><br>    Respondent. | Case No. 2:08-cv-01879 GEB KJN<br><br>ORDER TO CHANGE THE TIME OF CASE MANAGEMENT CONFERENCE |

GOOD CAUSE APPEARING, the Case Management Conference set for 3/18/2010 at 10:00 AM is

VACATED and RESET for 3/18/2010 at 2:00 PM.


Dated:__March  1, 2010____                    /s/ Kendall J. Newman
                                              Hon. Magistrate Judge Kendall Newman