IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN RUNDLE,

    Petitioner,                       No. 2:08-cv-01879 GEB KJN

    vs.                                    DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                    ORDER

_____/

On November 10, 2009, petitioner filed a petition for writ of habeas corpus. By order dated February 8, 2010, this action was reassigned to the undersigned. (Dkt. No. 14.) The undersigned held a case management conference on March 18, 2010. Lynne Coffin appeared for petitioner. Michael Farrell and David Eldridge appeared for respondent. At the conclusion of that conference, counsel for respondent was excused, and the undersigned conducted an ex parte budgeting conference with counsel for petitioner. A separate, sealed order will issue regarding matters discussed at the budgeting conference.[1]

---

[1] Since budget applications require disclosure of matters protected by the attorney-client privilege or work product doctrine, confidentiality is an inherent and necessary part of the budgeting process. See Fed. R. Civ. P. 26(b)(3). Accordingly, orders and filings regarding petitioner's counsel's budgets will be filed under seal and not served on counsel for respondent.

1

Based on the representations of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. By April 19, 2010, respondent shall lodge the state court record and file an index in conformance with Local Rule 191(j)(1); and

2. By July 19, 2010, respondent shall file an answer.

DATED: March 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rundle cmc 1.or2

---

Cf. 18 U.S.C. § 3599(f). The provisions of Local Rule 141 regarding the notice of filing a sealed document is suspended with respect to budget documents. Any ex parte court proceeding regarding funding will be reported and maintained under seal.