IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN RUNDLE,

    Petitioner,                      No. 2:08-cv-01879 GEB KJN

    vs.                               DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner's counsel seeks permission to file under seal budgeting documents. As stated in the Guide to Case Management and Budgeting provided to the parties with the February 24, 2010 Order, all budgeting documents shall be filed under seal. When filing budgeting documents in the future, counsel need not request permission to file under seal. Counsel shall reference the Guide and February 24 order in the cover letter provided to the Clerk's Office.

        Petitioner's June 8, 2010 request for permission to file under seal is granted. The

////

////

////

////

1

1  Clerk of the Court is directed to file under seal budgeting documents submitted by counsel for
2  petitioner on June 8, 2010.
3  DATED: June 9, 2010

```
                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
```

8  rundle budg seal.or