IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN RUNDLE, | | |
| | Petitioner, | No. 2:08-cv-01879 GEB KJN |
| vs. | | DEATH PENALTY CASE |
| WARDEN,<br>San Quentin State Prison, | | |
| | Respondent. | ORDER |

Sealed documents regarding budgeting that were served by U.S. mail on Ms. Coffin have been returned to the court as undeliverable. Ms. Coffin informed the court that she received copies of all sealed filings from co-counsel but has not received service by U.S. mail of the sealed orders filed in this case. Ms. Coffin recently changed her address here, which appears to be part of the problem.

The Clerk of the Court is directed to re-serve by U.S. mail the sealed orders at docket nos. 18, 20, 21, 25, 28, 31, 35, and 46 upon Ms. Coffin at the address currently listed for her: 1030 W. Edgeware Rd., Los Angeles, CA 90026. Ms. Coffin shall inform the court

////

////

1

1  immediately if she does not receive these orders within a reasonable period of time after they are
2  placed in the mail.
3  DATED: July 29, 2010

```
                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
```

rundle service.or