IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ALLEN RUNDLE, | | |
| | Petitioner, | No. 2:08-cv-01879 GEB KJN |
| vs. | | DEATH PENALTY CASE |
| WARDEN,<br>San Quentin State Prison, | | |
| | Respondent. | ORDER |

    Respondent has filed an Answer.  The undersigned will hold a status conference on October 14, 2010 at 10:00 a.m.  Counsel need not file status reports but shall be prepared to discuss: (1) the necessity of a traverse; (2) whether any procedural issues should be addressed before the case proceeds to phase III and, if so, a timeline for litigating them; and (3) dates for completing discovery and the filing of any motion for an evidentiary hearing.

DATED: September 16, 2010

                                                  */s/ Kendall J. Newman*
                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

rundle cmc.or

1