IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN RUNDLE,

    Petitioner,                        No. 2:08-cv-01879 GEB KJN

    vs.                                  DEATH PENALTY CASE

WARDEN,
San Quentin State Prison,

    Respondent.                     ORDER

_____/

        As set forth in the court's October 18, 2010 order, if respondent wishes to file a memorandum in response to petitioner's February 11, 2011 traverse, he shall do so by March 3, 2011. At the March 17, 2011 status conference, in addition to the subjects described in the October 18 order, the parties shall be prepared to argue the procedural defenses raised in the answer.

DATED: February 22, 2011

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

rundle proc brf.or