IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN RUNDLE,

    Petitioner,       No. 2:08-cv-01879 GEB KJN

  vs.      DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.      ORDER

_____/

On May 20, 2011, at 11:00 a.m., the undersigned will hold a telephonic status conference to discuss with counsel the effect, if any, of the Supreme Court's recent opinion in Cullen v. Pinholster, 131 S. Ct. 1388 (2011), on these proceedings, and in particular on petitioner's expected motion for an evidentiary hearing. Counsel shall contact Courtroom Deputy Matt Caspar at 916-930-4187 or mcaspar@caed.uscourts.gov to provide a telephone number at which to contact counsel for the hearing.

DATED: May 3, 2011

                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

rundle pin sts.or

1