1  LYNNE S. COFFIN (SBN 121389)
   Coffin Law Group
2  548 Market Street #95752
   San Francisco, CA 94104
3  Tel:   (415) 218-8106
   Fax:   (866) 334-5441
4  Email: Lsc@coffinlawgroup.com

5  MARCIA A. MORRISSEY (SBN 66921)
   2115 Main St.
6  Santa Monica, CA 90405
   Tel:   (310) 399-3259
7  Fax:   (310) 399-1173
   Email: Morrisseyma@aol.com
8
   Attorneys for Petitioner
9  DAVID RUNDLE

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | DAVID RUNDLE                        ) Case No. CV 08-1879 GEB KJN
                                         )
13 |    Petitioner,                      ) ORDER FOR
                                         ) EXTENSION OF TIME TO FILE
14 |    vs.                              ) PETITIONER'S MEMORANDUM OF
                                         ) LAW RE 28 U.S.C. §2254(d)
15 | MICHAEL MARTEL, Warden of San       )
   | Quentin State Prison,               )
16 |                                     ) **DEATH PENALTY CASE**
   |    Respondent.                      )
17 |_____    )

18         Having reviewed the declaration of Petitioner's counsel filed on January 1,

19  2012, there being no opposition from Respondent, and good cause appearing, IT IS

20  HEREBY ORDERED that Petitioner's brief concerning the relationship of 28 U.S.C.

21  §2254(d) to the claims in Petitioner's federal habeas petition and Motion for Evidentiary

22  Hearing shall be filed by  March 2, 2012. It is not contemplated that any additional

23  ////

24  ////

25  ////

26

27

28  rundle 2254 brf.eot                    1

1 | requests for additional time will be granted.
2 | DATE: January 6, 2012

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

rundle 2254 brf.eot                    2