IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ALLEN RUNDLE,

    Petitioner,                    No. 2:08-cv-01879 GEB KJN

    vs.                              DEATH PENALTY CASE

WARDEN,
 San Quentin State Prison,

    Respondent.                  ORDER

_____/

        Petitioner seeks leave to file a brief in excess of 25 pages. However, petitioner's brief is not subject to a page limitation by rule or court order. The only rule somewhat related is the requirement that petitioner provide the court a courtesy paper copy of any electronically filed brief which exceeds 25 pages. Local Rule 133(f).

        Accordingly, petitioner's February 29, 2012 request to file an oversized brief is dismissed as unnecessary. (However, to the extent possible, brevity is appreciated.)

DATE: March 1, 2012

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

rundle over brf.or

1