UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN RUNDLE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No.  2:08-cv-01879 TLN KJN<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Respondent has filed a "Notice of Supplemental Authority" and statement of non-opposition to the court, sua sponte, extending time for petitioner to file objections to the November 22, 2013 Findings and Recommendations; the current deadline for objections is May 25, 2014.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner shall file and serve any objections to the November 22, 2013 Findings and Recommendations on or before June 30, 2014; and

2. Respondent shall file and serve any reply within sixty days after the filing date of petitioner's objections.

Dated:  May 9, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

rundle 2254d objs.eot3

1