1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID ALLEN RUNDLE,                    No.  2:08-cv-01879 TLN KJN

12              Petitioner,                  DEATH PENALTY CASE

13         v.

14    WARDEN, San Quentin State Prison,      ORDER

15              Respondent.

16

17         Within five days of the filed date of this order, respondent shall inform the court whether

18    he opposes petitioner's June 30, 2014 motion for an extension of time to file objections.

19    Dated:  July 3, 2014

20

21    rundle obj.eot                         _____
                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                                             1