UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN RUNDLE, | No. 2:08-cv-01879 TLN KJN |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | <u>ORDER</u> |
| Respondent. | |

Petitioner seeks a three-day extension of time to file his objections to the Findings and Recommendations. Good cause appearing, petitioner's unopposed request (ECF No. 129) is GRANTED. Petitioner shall file his objections by October 30, 2014.

Dated: October 29, 2014

Rundle obj.eot9

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1