UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID ALLEN RUNDLE, | No. 2:08-cv-01879 TLN KJN |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On June 9, 2015, at 2:00 p.m., the undersigned will hold an ex parte telephone conference with counsel for petitioner to discuss Ms. Coffin's motion to withdraw. Before the close of business on June 8, petitioner's counsel shall contact courtroom deputy Matt Caspar at 916-930-4187 to provide contact telephone numbers.

Dated: June 2, 2015

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rundle mtn to wdrw hrg.or